UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MASOUD RAMEZANZADEH,

                  Petitioner,

          v.

WARDEN, et al.,

                  Respondent.

Case No. 5:26-cv-00660-DSF (MAR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondent to release Petitioner immediately under the same conditions as he was released prior to his re-detention; return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and refrain from re-arresting Petitioner, revoking his parole, and/or re-detaining him without notice and a pre-detention hearing.

///

Dated: May 20, 2026

HONORABLE DALE S. FISCHER
United States District Judge