JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD RAMEZANZADEH, | Case No. 5:26-cv-00660-DSF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondent is to release Petitioner immediately under the same conditions as he was released prior to his re-detention; return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and refrain from re-arresting Petitioner, revoking his parole, and/or re-detaining him without notice and a pre-detention hearing.

Dated: May 20, 2026

HONORABLE DALE S. FISCHER
United States District Judge